IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| **Kenneth Vernard Hamilton,** ) | |
| **Eleanor Jones Hamilton,** ) | Chapter 13 |
| Debtors. ) | Case No. 18-11403-SDB |

## MOTION TO EXTEND THE STAY AND REQUEST FOR EMERGENCY HEARING WITHIN 30 DAYS OF FILING OF THE PETITION IF OBJECTION FILED

COME NOW the above debtor, ELEANOR JONES HAMILTON and hereby move this Honorable Court to extend the automatic stay in the above case and as grounds for such, state as follows:

1. The debtor filed the above case on October 1, 2018. Prior to this case, the debtor had a previous Chapter 13 case in the Southern District of Georgia filed on November 2, 2017. Said case was dismissed and was pending within the preceding one year period. Said case was dismissed because debtor got behind in payments and could not make payments to the Trustee after the wife became ill and required significant time in the hospital. Debtor's husband was also unable to work during this period after he became ill, was out of work for over a month, and lost income. Debtors are presently receiving $3,540.29 per month from all sources of income; and are now generating funds sufficient to pay her Chapter 13 payment.

2. Pursuant to 11 U.S.C. Section 362 (c)(3), the stay will terminate with respect to property of the estate within 30 days from the date of filing if the debtor had a pending bankruptcy case which was dismissed within the prior year of the later filing.

3. The debtor requests the stay be extended on all property of the bankruptcy estate, and as to all creditors, until such time as the case is dismissed, or a discharge is granted, pursuant to 11 U.S.C. Section 362 (c) (3) (B).

4. The debtor state that her last case was dismissed after confirmation because she became ill and was hospitalized, also the husband lost time at work and ultimately income when he was out of work for over a month, and debtor could not make the payments to the Trustee and thus the case was dismissed on September 18, 2018.

5. The debtor state that she filed the prior case in good faith, but had no idea that she would become ill and lose income, in addition to her husband becoming ill and losing income. Debtor file the present case in good faith as she anticipate receiving an average of $3,540.29 net per month in the household.

6. The debtor state that there has been a significant change in circumstances such that the debtor will be able to complete a confirmed Chapter 13 plan. The change in circumstances is that the debtors have steady income, earning an average of $3,540.29 per month from all household sources and the Debtor's husband, Kenneth Vernard Hamilton is a Joint Debtor in this case and a Salary Deduction Order will be in effect to pay the Chapter 13.

7. The debtor has not had more than one case within the year prior to the filing of this case and have made a good faith effort to repay her creditors in the previous case but ultimately could not afford the payments when the husband lost income.

8. The foregoing change of circumstances demonstrates that the Debtors can perform this plan and is likely to complete the case successfully. Debtors' Chapter 13 payment is $620.00 per month, which they can afford with the present income in the household. Debtor contends that she has presented clear and convincing evidence of their ability to complete this Chapter 13 plan and clear and convincing evidence of their good faith filing.

9. Furthermore, because the automatic stay in this case is due to expire by law within 30 days of the date of filing of this case, the debtors respectfully request that a hearing on this

motion be scheduled within thirty days of the filing date if an objection is filed.

10.    In the event that this Court cannot hear Debtors' motion within thirty days if an objection is filed, Debtor respectfully requests this court to grant an additional 15 days for hearing the motion and set the hearing within said 15 day period.

WHEREFORE, premises considered, the above debtors request the automatic stay under 11 U.S.C. Section 362 (a) be extended as to all property of the estate, and as to all parties in interest, until such time as the case is dismissed or a discharge is granted, and that the debtors be granted an "emergency" or expedited hearing on this motion as aforesaid if an objection is filed.

Respectfully submitted this 1st day of October, 2018.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor
Georgia Bar No. 736770

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| Kenneth Vernard Hamilton, ) | |
| Eleanor Jones Hamilton, ) | Chapter 13 |
| Debtors. ) | Case No. 18-11403-SDB |

### ORDER EXTENDING AUTOMATIC STAY

On verified motion of the debtors, and it appearing that, although the debtor, Eleanor Jones Hamilton was in one previous Chapter 13 case filed in the Southern District of Georgia and closed within one year of this case, but there has been substantial change in the financial or personal affairs of the debtor since the dismissal of the debtors' most previous case, to wit: the debtors will be receiving monthly income in the amount of $3,540.29. Debtors' previous case became delinquent when she became ill and spent time in the hospital, the husband lost income being away from work for over a month while he was also ill, and they were unable to afford the payments to the Trustee. There is good reason to conclude by

Case No: 18-11403
Page 2

clear and convincing evidence that this case will be concluded, that debtors have filed the present case in good faith and it is therefore;

**ORDERED**, that the automatic stay under 11 U.S.C. Section 362 (a) be extended as to all property of the estate, and as to all parties in interest, until such time as this case is dismissed, a discharge is granted, or by Order on subsequent motion for particular stay relief.

## END OF DOCUMENT

Consented to:

_____
D. Clay Ward
Attorney for Debtor


_____
Chapter 13 Trustee


Prepared by:
Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640

## VERIFICATION

STATE OF GEORGIA           )
                           )   SSN:_____
COUNTY OF RICHMOND         )

    Personally appeared Eleanor Jones Hamilton, Movant herein, who after first being duly sworn, depose and say under oath, that the facts alleged in the foregoing Motion are true and correct under penalty of perjury.

                                                                   _____
                                                                     Eleanor Jones Hamilton

Sworn to and subscribed before me
this 21st day of September, 2018.

_____
Notary

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the within and foregoing **Motion and Request** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Chapter 13 Trustee
PO Box 2127
Augusta, Georgia 30903

               DATED this _1_ day of October, 2018.

                                                _____
                                                D. Clay Ward
                                                Attorney for Debtor

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640