# United States Bankruptcy Court
## Southern District of Georgia

In re: **Kenneth Vernard Hamilton**
**Eleanor Jones Hamilton**
Debtor(s)

Case No. **18-11403-SDB**
Chapter **13**

## TRANSMITTAL OF PAY ADVICES — AMENDED

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1    **Kenneth Vernard Hamilton**

   Employer    **Georgia Right-of-Way Company**

   Dates of Pay Advices:   From  **8-1-18**   To  **9-30-18**

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐  The Debtor 1 was not employed.

   ☐  The Debtor 1's source of income was from Social Security.

   ☐  The Debtor 1 was self-employed.

2. Debtor 2 (Spouse)    **Eleanor Jones Hamilton**

   Employer    **N/A**

   Dates of Pay Advices:   From  _____   To  _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐  Debtor 2 was not employed.

   ☒  Debtor 2's source of income was from Social Security.

   ☐  Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

_____   _____
Signature of Attorney for Debtor(s)   Date       /s/ Kenneth Hamilton   Signature of Debtor 1   Date

/s/ D. Clay Ward
Name of Attorney

Eleanor Jones Hamilton
Signature of Debtor 2 (if applicable)   Date

Tran_Pay_Adv [Rev. 12/17]
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## AFFIDAVIT

I, Eleanor Jones Hamilton, hereby swear and/or affirm that I am over that age of 18 and have personal knowledge to execute this affidavit regarding my household income for the last six months. For the last six months I have received $750.00 per month from Social Security.

This 10th day of October, 2018.

/s/ Eleanor Jones Hamilton
Eleanor Jones Hamilton

Sworn and subscribed to before me this 10th day of October, 2018.

_____
Notary Public

My Commission Expires _____

*[Notary Seal: D. Clay Ward, Notary Public, Richmond County, Georgia, Expires Sept. 29, 2018]*

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/02/18 53625
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

| Kenneth V. Hamilton | | | | August 02, 2018 | | | 53625 |
|---|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 07/16/18 | Net Pay | 462.84 |
| Status | A | Hire Date | 03/05/12 | Period End | 07/22/18 | Dir Dep | 462.84 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 20.00 | 17.09 | 341.80 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 20.00 | 17.09 | 341.80 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | Current Amt | Ytd Amt |
|---|---|---|
| ER Roth 401k Match | 27.34 | 1,064.66 ⓞ |
| | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | M/2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.29 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊖ |
| 2nd 401k Loan | 20.06 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊖ |
| Pre tax Aflac | 17.32 | 675.48 ⊖ |
| Roth 401k | 47.85 | 1,863.35 |
| | 104.47 | 3,909.55 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 462.84 |
| | | 462.84 |

### Payment Summary for Voucher 53625

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.47 |
| State and Local Taxes | -30.82 |
| Other Deductions | -104.47 |
| Net Pay | 462.84 |
| Direct Deposits | -462.84 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ₧ |

₧ *Legacy Accrual - Displays Last Accrual Date*

ⓞ This code is shown for information only. It has no effect on your net pay.
⊖ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/09/18 53764
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

| Kenneth V. Hamilton | | | August 09, 2018 | | | 53764 |
|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 07/23/18 | Net Pay | 482.89 |
| Status | A | Hire Date | 03/05/12 | Period End | 07/29/18 | Dir Dep | 482.89 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER Roth 401k Match | | 27.34 | 1,064.66 ❶ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.64 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.30 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ❷ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ❷ |
| Pre tax Aflac | 17.32 | 675.48 ❷ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

### Payment Summary for Voucher 53764

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.48 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.89 |
| Direct Deposits | -482.89 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℞ |

℞ *Legacy Accrual - Displays Last Accrual Date*

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.89 |
| | | 482.89 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/16/18 53903
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

| Kenneth V. Hamilton | | | August 16, 2018 | | | 53903 |
|---|---|---|---|---|---|---|

| Emp Id | 236 | Loc | 500 | Period Begin | 07/30/18 | Net Pay | 482.89 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 03/05/12 | Period End | 08/05/18 | Dir Dep | 482.89 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| ER Roth 401k Match | | | 27.34 | 1,064.66 ❶ |
| | | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.51 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.30 | 4,549.71 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| After Tax Aflac | | | 8.33 | 324.87 |
| 125 Dental Pretax | | | 0.22 | 12.96 ❷ |
| 2nd 401k Loan | | | 0.00 | 621.86 |
| 125 Medical Pretax | | | 10.69 | 411.03 ❷ |
| Pre tax Aflac | | | 17.32 | 675.48 ❷ |
| Roth 401k | | | 47.85 | 1,863.35 |
| | | | 84.41 | 3,909.55 |

### Payment Summary for Voucher 53903

| Total Gross Pay | 683.60 |
|---|---|
| Federal Taxes | -85.48 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.89 |
| Direct Deposits | -482.89 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℞ |

℞ *Legacy Accrual - Displays Last Accrual Date*

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | -- | 482.89 |
| | | 482.89 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

Georgia Right-of-Way Company
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/23/18 54039
Kenneth V. Hamilton
PO BOX 1617
Thomson, GA 30824

### Kenneth V. Hamilton — August 23, 2018 — 54039

| Emp Id | 236 | Loc | 500 | Period Begin | 08/06/18 | Net Pay | 482.90 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 03/05/12 | Period End | 08/12/18 | Dir Dep | 482.90 |
| | | | | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER Roth 401k Match | | 27.34 | 1,064.66 ⓘ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.29 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊛ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊛ |
| Pre tax Aflac | 17.32 | 675.48 ⊛ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

#### Payment Summary for Voucher 54039

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.47 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.90 |
| Direct Deposits | -482.90 |
| Net Check | 0.00 |

#### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ₧ |

₧ Legacy Accrual - Displays Last Accrual Date

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.90 |
| | | 482.90 |

ⓘ This code is shown for information only. It has no effect on your net pay.
⊛ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/30/18 54175
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

| Kenneth V. Hamilton | | | | August 30, 2018 | | | 54175 |
|---|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 08/13/18 | Net Pay | 482.89 |
| Status | A | Hire Date | 03/05/12 | Period End | 08/19/18 | Dir Dep | 482.89 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | Current Amt | Ytd Amt |
|---|---|---|
| ER Roth 401k Match | 27.34 | 1,064.66 ⓘ |
| | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.64 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.30 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊛ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊛ |
| Pre tax Aflac | 17.32 | 675.48 ⊛ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

### Payment Summary for Voucher 54175

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.48 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.89 |
| Direct Deposits | -482.89 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℞ |

℞ Legacy Accrual - Displays Last Accrual Date

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.89 |
| | | 482.89 |

ⓘ This code is shown for information only. It has no effect on your net pay.
⊛ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 09/06/18 54313
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

| Kenneth V. Hamilton | | | | September 06, 2018 | | | 54313 |
|---|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 08/20/18 | Net Pay | 482.90 |
| Status | A | Hire Date | 03/05/12 | Period End | 08/26/18 | Dir Dep | 482.90 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | Current Amt | Ytd Amt |
|---|---|---|
| ER Roth 401k Match | 27.34 | 1,064.66 ⓘ |
| | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.29 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊕ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊕ |
| Pre tax Aflac | 17.32 | 675.48 ⊕ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

### Payment Summary for Voucher 54313

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.47 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.90 |
| Direct Deposits | -482.90 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℗ |

℗ Legacy Accrual - Displays Last Accrual Date

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.90 |
| | | 482.90 |

ⓘ This code is shown for information only. It has no effect on your net pay.
⊕ This code is not included in your Federal taxable wages.

Georgia Right-of-Way Company
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 08/13/18 54450
Kenneth V. Hamilton
PO BOX 1617
Thomson, GA 30824

### Kenneth V. Hamilton — September 13, 2018 — 54450

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 08/27/18 | Net Pay | 482.89 |
| Status | A | Hire Date | 03/05/12 | Period End | 09/02/18 | Dir Dep | 482.89 |
| | | | | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER Roth 401k Match | | 27.34 | 1,064.66 ❶ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.51 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.30 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ❷ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ❷ |
| Pre tax Aflac | 17.32 | 675.48 ❷ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

#### Payment Summary for Voucher 54450

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.48 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.89 |
| Direct Deposits | -482.89 |
| Net Check | 0.00 |

#### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℞ |

℞ *Legacy Accrual - Displays Last Accrual Date*

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.89 |
| | | 482.89 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 09/20/18 54590
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

### Kenneth V. Hamilton — September 20, 2018 — 54590

| Emp Id | 236 | Loc | 500 | Period Begin | 09/03/18 | Net Pay | 482.90 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 03/05/12 | Period End | 09/09/18 | Dir Dep | 482.90 |
| | | | | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 20.00 | 17.09 | 341.80 | 24,608.78 |
| Holiday | 10.00 | 17.09 | 170.90 | 849.50 |
| Personal | 10.00 | 17.09 | 170.90 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | Current Amt | Ytd Amt |
|---|---|---|
| ER Roth 401k Match | 27.34 | 1,064.66 ⊙ |
| | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.63 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.29 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊖ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊖ |
| Pre tax Aflac | 17.32 | 675.48 ⊖ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.90 |
| | | 482.90 |

#### Payment Summary for Voucher 54590

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.47 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.90 |
| Direct Deposits | -482.90 |
| Net Check | 0.00 |

#### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℞ |

℞ Legacy Accrual - Displays Last Accrual Date

⊙ This code is shown for information only. It has no effect on your net pay.
⊖ This code is not included in your Federal taxable wages.

**Georgia Right-of-Way Company**
1135 Rumble Road
Forsyth, GA 31029
(478) 315-0880

**Personal Earnings Statement**

003740 003740 09/27/18 54729
**Kenneth V. Hamilton**
PO BOX 1617
Thomson, GA 30824

### Kenneth V. Hamilton — September 27, 2018 — 54729

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 236 | Loc | 500 | Period Begin | 09/10/18 | Net Pay | 482.89 |
| Status | A | Hire Date | 03/05/12 | Period End | 09/16/18 | Dir Dep | 482.89 |
| | | | | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 17.09 | 683.60 | 24,608.78 |
| Holiday | 0.00 | | 0.00 | 849.50 |
| Personal | 0.00 | | 0.00 | 1,162.12 |
| | 40.00 | | 683.60 | 26,620.40 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER Roth 401k Match | | 27.34 | 1,064.66 ⓞ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-1 | 655.37 | 35.34 | 1,397.68 |
| OASDI | | 655.37 | 40.64 | 1,582.30 |
| Medicare | | 655.37 | 9.50 | 370.05 |
| Georgia SITW | MJ2-1 | 655.37 | 30.82 | 1,199.68 |
| | | | 116.30 | 4,549.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| After Tax Aflac | 8.33 | 324.87 |
| 125 Dental Pretax | 0.22 | 12.96 ⊖ |
| 2nd 401k Loan | 0.00 | 621.86 |
| 125 Medical Pretax | 10.69 | 411.03 ⊖ |
| Pre tax Aflac | 17.32 | 675.48 ⊖ |
| Roth 401k | 47.85 | 1,863.35 |
| | 84.41 | 3,909.55 |

#### Payment Summary for Voucher 54729

| | |
|---|---|
| Total Gross Pay | 683.60 |
| Federal Taxes | -85.48 |
| State and Local Taxes | -30.82 |
| Other Deductions | -84.41 |
| Net Pay | 482.89 |
| Direct Deposits | -482.89 |
| Net Check | 0.00 |

#### Additional Information

| Time Off Balances | Hours | Dollars | As Of Date |
|---|---|---|---|
| Personal | 40.63 | | 09/27/2018 ℔ |

℔ Legacy Accrual - Displays Last Accrual Date

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| SunTrust Bank | | 482.89 |
| | | 482.89 |

ⓞ This code is shown for information only. It has no effect on your net pay.
⊖ This code is not included in your Federal taxable wages.