**IT IS ORDERED as set forth below:**



Date: November 2, 2018

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KENNETH VERNARD HAMILTON, | ) |
| ELEANOR JONES HAMILTON, | ) |
| | ) Chapter 13 |
| Debtors, | ) Case No. 18-11403-SDB |
| | ) |
| KENNETH VERNARD HAMILTON and | ) |
| ELEANOR JONES HAMILTON, | ) |
| | ) |
| Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| PEGGY CASON, AS ADMINISTRATRIX | ) |
| OF THE ESTATE OF VEAZEY CASON, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING ELEANOR HAMILTON'S
MOTION TO EXTEND STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Debtors' Motion to Extend Stay with respect to Eleanor Jones Hamilton, filed on October 1, 2018 and Respondent's opposition filed October 23, 2018. The parties came before the Court for hearing on October 25, 2018. Peggy Cason, as Administratrix of the Estate of Veazey Cason, is the holder of a first priority mortgage lien on

certain real property located at 1067 Earl Street, Thomson, McDuffie County, Georgia 30824 ("Property") by virtue of a mortgage loan made to Debtor, evidenced by a Security Deed recorded at Deed Book 00521, Page 0436, McDuffie County, Georgia deed records ("Security Deed"). The Note secured by the Security Deed calls for monthly principal and interest payments in the amount of $350.00 per month. Relief of stay as to Respondent was granted in Ms. Eleanor Jones Hamilton's prior case, *In re: Eleanor Jones Hamilton*, 17-11665-SDB, after an affidavit of default was filed showing that Ms. Hamilton had failed to comply with the strict compliance order entered therein.

IT IS HEREBY ORDERED that the Motion to Extend Stay with respect to Ms. Hamilton as to the Property is granted, as the parties herein agree that the interest of the Respondent is adequately protected by payment and performance as more particularly set forth hereafter.

IT IS FURTHER ORDERED that Movants shall resume making regular monthly mortgage payments as required by the Note and Security Deed beginning with the payment due for November 1, 2018 in the amount of $350.00. Said payment shall be due on or before November 1, 2018, and subject to change as provided in the Note and Security Deed.

IT IS FURTHER ORDERED that Respondent's full pre-petition arrearage shall be paid through Debtors' Chapter 13 Plan.

IT IS FURTHER ORDERED that Movant Eleanor Jones Hamilton shall execute a deed in lieu of foreclosure to be held in trust during Movants' compliance with the terms of this Order.

IT IS FURTHER ORDERED that should Respondent receive relief of stay as to the Property due to Movants' noncompliance with this Order, that said order granting relief shall apply to any subsequent bankruptcy petition filed by Eleanor Jones Hamilton.

IT IS FURTHER ORDERED that should Movants default in paying the regular mortgage payments which come due according to the Note, and this agreement, the provisions of Rule 4001(a)(3) shall be waived and upon notice of default sent by first class mail to Movants and Movants' attorney, Respondent may file a motion and affidavit of default with the Court, with service upon Movants and Movants' attorney, and the Court may enter an Order lifting the automatic stay, without further notice or hearing. Further, at such time as the affidavit of default is filed, Respondent's claim shall be reduced to the amount paid with the right to file a deficiency claim, if appropriate.

[END OF DOCUMENT]

Prepared by:

Nathan E. Huff
Ga. Bar No. 773611
Cleary, West & Hawkins, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
Attorney for Respondent

Consented to by:

Dempsey Clay Ward
Ga. Bar No. 736770
Ward & Spires, LLC
P.O. Box 1493
Augusta, GA 30903
Attorney for Debtors

CONSENTED BY:

Jane E. Miller
Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 256304